**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILLIAM H. NGUYEN,** *Admin. of the Estate of Long Thranh Nguyen, Deceased,* | **CIVIL ACTION** |
| Plaintiff, | **NO. 24-2643-KSM** |
| *v.* | |
| **CSAA GENERAL INSURANCE COMPANY,** | |
| Defendant. | |

**ORDER**

**AND NOW**, this 10th day of March, 2026, upon consideration of Plaintiff's unopposed Petition for Court Approval of Settlement of Wrongful Death and Survival Act Claims and Allocation and Distribution of Attorney's Fee, Litigation Costs, and Settlement Proceeds (Doc. No. 18), it is **ORDERED** that the Petition is **GRANTED**. Plaintiff is authorized to enter a settlement with Defendant for the gross sum of $35,000. Defendant shall provide the settlement payment to Plaintiff's counsel for distribution in accordance with this Order.

**IT IS FURTHER ORDERED** that the net settlement proceeds following payment of counsel fees shall be allocated between the wrongful death and survival claims as follows:

1.  WRONGFUL DEATH CLAIM          98%

2.  SURVIVAL CLAIM                2%

**IT IS FURTHER ORDERED** that the settlement proceeds shall be distributed as follows:

1.  To Michael I. McDermott, Esquire          $11,666.00
    (counsel fee)

2.  Wrongful death claim proceeds (98%)       $22,867.32

    a.    To Yen Le (wife)                     $11,433.66

  b.  To William Nguyen (son)    $11,433.66

3.  Survival claim proceeds (2%)    $466.68

  a.  To William H. Nguyen, as Administrator/
Executor of the Estate of Long Thranh Nguyen;
provided, however, that counsel shall not distribute
any funds to said Administrator/Executor until any
additional security as may be required by the Register
of Wills of Philadelphia County pursuant to
20 Pa. Stat. & Cons. Stat. § 3323(b)(3) is posted

**IT IS SO ORDERED.**

           /s/*Karen Spencer Marston*

           _____
           KAREN SPENCER MARSTON, J.